UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY LUGO, JR.,

    Plaintiff,

v.                                  Case No. 4:24cv432-TKW-HTC

LELAND DUDEK, Acting
Commissioner of the Social
Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Jimmy Lugo, Jr., initiated this action in October 2024 by filing a complaint pursuant to 42 U.S.C. § 405(g) for review of the final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits. Doc. 1. After Lugo filed a brief in support of the complaint (Doc. 9), the Commissioner filed an unopposed motion for entry of judgment with remand (Doc. 14).

Upon consideration, the undersigned recommends the Court grant the Commissioner's motion, reverse the Commissioner's decision, and remand the case to the Commissioner for further proceedings.

"Section §405(g) permits a district court to remand an application for benefits to the Commissioner … by two methods, which are commonly denominated

'sentence four remands' and 'sentence six remands[.]'" *Ingram v. Comm'r of Soc. Sec. Admin.*, 496 F.3d 1253, 1261 (11th Cir. 2007). Under sentence four of § 405(g), a district court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

Here, the Commissioner asserts that, upon remand, the case will be referred to an administrative law judge, who will offer Lugo an opportunity for a supplemental hearing and issue a new decision. Based on the Commissioner's assertions, and the fact the motion is unopposed, the undersigned finds reversal and remand is warranted.

Accordingly, it is RECOMMENDED:

1. That the Commissioner's unopposed motion for entry of judgment with remand (Doc. 14) be GRANTED and the Commissioner's decision denying benefits be REVERSED.

2. That the clerk be directed to enter judgment in favor of Plaintiff.

3. That this matter be REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

4. That the clerk close the file.

At Pensacola, Florida, this 14th day of April, 2025.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of this Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1.