# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JIMMY LUGO JR**,

    **Plaintiff**,

v.                                                                 Case No. 4:24cv432-TKW-HTC

**LELAND DUDEK**, Acting Commissioner of Social Security,

    **Defendant**.

_____/

## ORDER REMANDING CASE

Upon due consideration of Defendant's unopposed motion for remand (Doc. 14), it is

**ORDERED** that the motion is **GRANTED**, and the decision challenged in this case is reversed and this case is remanded to the Acting Commissioner of Social Security under sentence four of 42 U.S.C. §405(g). The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 14th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**